No. 75. NORTH CHICAGO ET AL. *v.* THE MACCABEES, A CORPORATION, ET AL.; and

No. 96. THE MACCABEES, A CORPORATION, *v.* NORTH CHICAGO ET AL. November 23, 1942. *Per Curiam:* The motion to withdraw the petition for certiorari in No. 96 is granted and the petition is dismissed. The motion of The Maccabees to withdraw all papers previously filed on their behalf in No. 75 is granted. All motions made by Arvid B. Tanner on his own behalf are denied. The motion to substitute counsel is granted and the appearance of Arvid B. Tanner is ordered withdrawn. *Messrs. Lionel A. Mincer* and *Frank T. O'Brien* for petitioners in No. 75 and respondents in No. 96. *Messrs. Edward J. Jeffries, Jr.* and *David A. Hersh* for respondents in No. 75 and petitioner in No. 96.

No. —. LEVY *v.* STURGEON. November 23, 1942. Application for appeal denied.

No. —. HUMES *v.* LEAVENWORTH COUNTY LOCAL SELECTIVE SERVICE BOARD, No. 1. November 23, 1942. Application for injunction denied.

No. —, Original. EX PARTE ROBERT E. PEYTON. November 23, 1942. The motion for leave to file petition for writ of mandamus is denied.